**No. 54793.**—Biddle Purchasing Co. *v.* United States, protest 57260–K (New York).

Opinion by EKWALL, J.   It was stipulated that the merchandise covered by entry 816442, invoiced and appraised in pounds sterling, was exported from India on March 18, 1940, and that the only rate of exchange for that date was $3.749027. It was further stipulated that the issue involved in entry 821142 is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank, such buying rates to be as follows:   As to entry 816442, the applicable rate is $3.749027, and as to entry 821142, the applicable buying rate is $3.504305.

**No. 54794.**—Southwestern Sugar & Molasses Co. *v.*United States, protests 121995–K and 112971–K (Tampa).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of sugar sirup the same in all material respects as that the subject of *United States* v. *Olavarria & Co., Inc.* (37 C. C. P. A. 40, C. A. D. 417) and that the total sugars contained in each of the entries involved are as set forth in the United States chemist's reports attached to said entries, the claim of the plaintiff was sustained.

**No. 54795.**—Davies Turner & Co. et al. *v.* United States, protests 59466–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54796.**—D. & A. Sclafani et al. *v.* United States, protests 156292–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54797.**—The Loucraft Corporation *v.* United States, protest 112091–K (Minneapolis).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.